IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES F. SINKOVITZ,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERINTENDENT GEORGE MILLER, *et al.*,<br><br>    Respondents. | No. 4:19-CV-01947<br><br>(Judge Brann) |

## ORDER

### OCTOBER 30, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED WITHOUT PREJUDICE** as untimely;

2. Petitioner's motion for issuance of a decision, Doc. 14, is **DENIED AS MOOT**;

3. Petitioner shall have thirty (30) days from the date of this Order to present the Court with any argument he cares to advance regarding equitable tolling. Failure to do so shall result in the Petition being dismissed with prejudice; and

4. A certificate of appealability shall not issue.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge